### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff/Garnishor, ) | |
| ) | |
| vs. ) | Case No.  CR-08-0141-F |
| ) | |
| EUGENE BLACKBEAR, JR., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| CHEYENNE-ARAPAHO TRIBE, ) | |
| and its successors or assigns, ) | |
| ) | |
| Garnishee. ) | |

### ORDER

The Report and Recommendation of Magistrate Judge Bana Roberts is before the court.  (Doc. no. 24.)  The Report recommends that the United States' proposed order for disposition of garnished funds be entered in favor of the United States.  The Report advised the parties of their right to file an objection by January 8, 2009.  The Report advises the parties that failure to make timely objection to the Report waives the right to appellate review of both factual and legal issues contained in the report.  No objection to the Report has been filed and no extension of time within which to object has been sought.

With there being no objection, and having reviewed the Report, and having determined that no purpose would be served by any additional analysis here, the court **ACCEPTS**, **ADOPTS** and **AFFIRMS** the Report and Recommendation of Magistrate

Judge Roberts.  The United States' proposed order for disposition of the garnished funds will be entered in favor of the United States.

Dated this 13th day of January, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0141p009.wpd